IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN LINTHICUM, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-23-2468 |
| STATE FARM FIRE & CAS. CO., | * | |
| *Defendant*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM ORDER

This matter comes before the Court on Petitioner John Linthicum's Petition to Appoint Umpire for Appraisal (ECF No. 1) and Request for Summary Determination (ECF No. 4). The Court has reviewed the Response of Respondent State Farm Fire & Casualty Co. (ECF No. 5), as well as Petitioner's Reply (ECF No. 6). A telephonic hearing was conducted on April 18, 2024 and argument was heard by the Court. The parties agree that this case can be closed upon appointment of an umpire.

For the reasons set forth on the record, the Court appoints Chris Havens of the Minkoff Company, Inc. to serve as an umpire in the above-captioned matter. The umpire is to be compensated by the parties at his usual and customary rate for performing such services. This Court notes that Mr. Havens has been previously appointed by the Court in the matter of *Kenneth Karpowicz et al. v. State Farm & Casualty Co.*, No. GLR-23-2490 (D. Md. Jan. 4, 2024), ECF No. 13.

2

Accordingly, it is this 18th day of April, 2024 **HEREBY ORDERED** that Chris Havens shall serve as the umpire in this matter, and it is further **ORDERED** that the Clerk of this Court shall **CLOSE** this case.

/s/
Richard D. Bennett
United States Senior District Judge

2